

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Feng Wang | Civil Action No.  26-cv-00763-JO-DDL |
| **Plaintiff,** | |
| V. | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The court GRANTS the Petitioner's Petition for Writ of Habeas Corpus and the case is hereby closed.

**Date:**        2/27/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  R. Contreras

R. Contreras, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.**  26-cv-00763-JO-DDL

Respondents:

Kristi Noem, Secretaty of the U.S. Department of Homeland Security, in her official capacity; Pamela Bondi, Attorney General of the United States, in her official capacity; Todd M. Lyons, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; Patrick Divver, San Diego ICE Field Office Director, in his official capacity; Eremy Casey, Warden of Imperial Regional Detention Facility, in his official capacity;